# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 08-3504

_____

George C. Banks,                  *

                               *

        Appellant,        *

                               *   Appeal from the United States

    v.                        *   District Court for the Eastern

                               *   District of Missouri.

John Jordan, Sheriff of Cape Girardeau  *

County; Captain Mulcahy, originally    *   [UNPUBLISHED]

sued as Captain Maugahi; Beth Kelly;    *

Kristin Kaufmann,                *

                               *

        Appellees.        *

_____

Submitted:  December 7, 2009
Filed:  December 10, 2009

_____

Before BYE, BOWMAN, and BENTON, Circuit Judges.

_____

PER CURIAM.

Federal inmate George C. Banks appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action arising from his pretrial detention in the Cape Girardeau County Jail.  To the extent Banks has properly raised any issues for our review, see Meyers v. Starke, 420 F.3d 738, 742-43 (8th Cir. 2005), we agree

_____

[1]The Honorable Thomas C. Mummert, United States Magistrate Judge for the Eastern District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

with the district court that summary judgment was warranted, <u>see</u> <u>Alberson v. Norris</u>, 458 F.3d 762, 765 (8th Cir. 2006) (standard of review).  Accordingly, we affirm, <u>see</u> 8th Cir. R. 47B, and we deny his pending motion.

_____